# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135957

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

OLDEN JERMAINE MEDLEY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135957
COA: 272069
Wayne CC: 06-002997-01

On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to consider whether felon in possession can be the underlying felony for a felony-firearm conviction and whether double jeopardy is implicated for the reasons stated in her concurring opinion in *People v Calloway*, 469 Mich 448, 457 (2003).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519